UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:      Case No. 21-12107                                    )
                                                                 )
PATRICIA WILLIAMSON fka                                          )
PATRICIA CAMPBELL-NARD fka                                       )
PATRICIA CAMPBELL,                                               )
            Debtor,                                              )
                                                                 )   Bk No. 21-12107
THE ILLINOIS DEPARTMENT OF                                       )
EMPLOYMENT SECURITY,                                             )
                                                                 )   Adv. Pro. No. 22-00002
            Plaintiff,                                           )
                                                                 )   Chapter 13
                                                                 )
                                                                 )
PATRICIA WILLIAMSON fka                                          )
PATRICIA CAMPBELL-NARD fka                                       )
PATRICIA CAMPBELL,                                               )   Honorable Timothy A. Barnes
                                                                 )
            Defendant.                                           )

## AGREED JUDGMENT ORDER FOR THE NON-DISCHARGEABILITY OF A DEBT

On the agreement of the parties in the above matter, to the entry of an agreed order on the adversary complaint in the above matter,

IT IS HEREBY ORDERED THAT judgment is entered in favor of the plaintiff and against the

defendant as follows:

1.  Defendant, Patricia Williamson fka Patricia Campbell-Nard fka Patricia Campbell, is indebted to plaintiff, Illinois Department of Employment Security ("IDES"), in the sum of $10,903.63 plus costs of $350.00 for the filing fee.

2.  This debt is non-dischargeable within the meaning of 11 U.S.C. §523(a)(2)(A).

Approved:

_____
PATRICIA WILLIAMSON fka
PATRICIA CAMPBELL-NARD fka
PATRICIA CAMPBELL,
Defendant/Debtor

_____
MICHELLE MANDROIU
Counsel for Defendant/Debtor

_____
ANDREW L. DRYJANSKI
Assistant Attorney General
Attorney for Plaintiff IDES

_____
HONORABLE TIMOTHY A. BARNES
Judge United States Bankruptcy Court

ENTER: _____

DATED: _____